# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**

**Schedule of Investor Payments to and from NASI**

**Stan & Judy Grobelny**

**Investor Accts.: 6-0512, 6-0219**

| Account | Investor | Deposits (Investment) | Payments Received | Total Profit Amount |
|---|---|---|---|---|
| 6-0219 | Judy Grobelny | | | |
| 6-0512 | Stan Grobelny or Judy Grobelny | $ 831,000.00 | $ (1,229,455.50) | $ (398,455.50) |

**Stan & Judy Grobelny - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Deposit | 06/10/99 | Stan Grobelny | 2 ATMs | $ 22,000.00 | $ 22,000.00 |
| CNB | 22413612 | Deposit | 09/25/99 | Stan Grobelny | 2 ATMs | $ 22,000.00 | $ 44,000.00 |
| CNB | 22413612 | Deposit | 03/13/01 | Stan Grobelny | 2 ATMs | $ 22,000.00 | $ 66,000.00 |
| CNB | 22413612 | Deposit | 09/19/01 | Judy Grobelny | 1 ATM | $ 12,500.00 | $ 78,500.00 |
| CNB | 22413612 | Deposit | 03/30/02 | Stan or Judy Grobelny | 4 ATMs | $ 22,000.00 | $ 100,500.00 |
| CNB | 22413612 | Deposit | 03/30/02 | Stan or Judy Grobelny | | $ 22,000.00 | $ 122,500.00 |
| CNB | 22413612 | Deposit | 01/17/03 | Stan or Judy Grobelny | 1 ATM | $ 12,500.00 | $ 135,000.00 |
| CNB | 22413612 | Deposit | 12/17/03 | Judy Grobelny | 2 ATMs | $ 1,000.00 | $ 136,000.00 |
| CNB | 22413612 | Deposit | 12/17/03 | Judy Grobelny | | $ 23,000.00 | $ 159,000.00 |
| CNB | 22413612 | Deposit | 12/17/03 | Stan Grobelny | 1 ATM | $ 12,000.00 | $ 171,000.00 |
| CNB | 22413612 | Deposit | 05/26/04 | Judy Grobelny | 1 ATM | $ 12,000.00 | $ 183,000.00 |
| CNB | 22413612 | Deposit | 10/04/04 | Stan Grobelny | 2 ATMs | $ 12,000.00 | $ 195,000.00 |
| CNB | 22413612 | Deposit | 10/04/04 | Stan Grobelny | | $ 12,000.00 | $ 207,000.00 |
| CNB | 22413612 | Deposit | 05/13/05 | Stan Grobelny | 2 ATMs | $ 12,000.00 | $ 219,000.00 |
| CNB | 22413612 | Deposit | 05/13/05 | Stan Grobelny | | $ 12,000.00 | $ 231,000.00 |
| CNB | 22413612 | Deposit | 10/19/05 | Stan Grobelny | 2 ATMs | $ 19,000.00 | $ 250,000.00 |
| CNB | 22413612 | Deposit | 10/19/05 | Stan Grobelny | | $ 5,000.00 | $ 255,000.00 |
| CNB | 22413612 | Deposit | 11/10/05 | Judy Grobelny | 1 ATM | $ 12,000.00 | $ 267,000.00 |
| CNB | 22413612 | Deposit | 11/08/06 | Stan Grobelny | 2 ATMs | $ 24,000.00 | $ 291,000.00 |
| CNB | 22413612 | Deposit | 06/15/07 | Stan or Judy Grobelny | 4 ATMs | $ 28,000.00 | $ 319,000.00 |
| CNB | 22413612 | Deposit | 06/15/07 | Stan or Judy Grobelny | | $ 20,000.00 | $ 339,000.00 |
| CNB | 22414410 | Deposit | 07/10/08 | Stan or Judy Grobelny | 4 ATMS | $ 48,000.00 | $ 387,000.00 |
| CNB | 22414410 | Deposit | 03/06/09 | Stan or Judy Grobelny | 4 ATMs | $ 12,000.00 | $ 399,000.00 |
| CNB | 22414410 | Deposit | 03/06/09 | Stan or Judy Grobelny | | $ 36,000.00 | $ 435,000.00 |
| CNB | 22414410 | Deposit | 06/09/09 | Stan or Judy Grobelny | 2 ATMs | $ 24,000.00 | $ 459,000.00 |
| CNB | 22414410 | Deposit | 09/10/09 | Stan or Judy Grobelny | 2 ATMs | $ 24,000.00 | $ 483,000.00 |
| CNB | 22414410 | Deposit | 01/11/10 | Stan or Judy Grobelny | 2 ATMs | $ 24,000.00 | $ 507,000.00 |
| CNB | 22414410 | Deposit | 03/22/10 | Stan or Judy Grobelny | 2 ATMs | $ 24,000.00 | $ 531,000.00 |
| CNB | 22414410 | Deposit | 06/26/10 | Judy Grobelny | 1 ATM | $ 12,000.00 | $ 543,000.00 |
| CNB | 22414410 | Deposit | 06/28/10 | Stan or Judy Grobelny | 2 ATMs | $ 24,000.00 | $ 567,000.00 |
| CNB | 22414410 | Deposit | 11/02/10 | Stan or Judy Grobelny | 2 ATMs | $ 24,000.00 | $ 591,000.00 |
| CNB | 22414410 | Deposit | 01/13/11 | Stan or Judy Grobelny | 2 ATMs | $ 23,000.00 | $ 614,000.00 |
| CNB | 22414410 | Deposit | 01/13/11 | Stan or Judy Grobelny | | $ 1,000.00 | $ 615,000.00 |
| CNB | 22414410 | Deposit | 03/21/11 | Stan or Judy Grobelny | 2 ATMs | $ 24,000.00 | $ 639,000.00 |
| CNB | 22414410 | Deposit | 08/15/11 | Judy Grobelny | 1 ATM | $ 12,000.00 | $ 651,000.00 |
| CNB | 22414410 | Deposit | 11/14/11 | Stan Grobelny | 2 ATMs | $ 24,000.00 | $ 675,000.00 |
| CNB | 22414410 | Deposit | 11/21/11 | Judy Grobelny | 1 ATM | $ 12,000.00 | $ 687,000.00 |
| CNB | 22414410 | Deposit | 01/16/12 | Stan Grobelny | 2 ATMs | $ 12,000.00 | $ 699,000.00 |
| CNB | 22414410 | Deposit | 01/16/12 | Stan Grobelny | | $ 12,000.00 | $ 711,000.00 |
| CNB | 22414410 | Deposit | 05/21/12 | Judy Grobelny | 1 ATM | $ 12,000.00 | $ 723,000.00 |
| CNB | 22414410 | Deposit | 05/21/12 | Stan Grobelny | 2 ATMs | $ 24,000.00 | $ 747,000.00 |
| CNB | 22414410 | Deposit | 08/15/12 | Stanor Judy Grobelny | 4 ATMs | $ 8,000.00 | $ 755,000.00 |
| CNB | 22414410 | Deposit | 08/15/12 | Stan or Judy Grobelny | | $ 40,000.00 | $ 795,000.00 |
| CNB | 22414410 | Deposit | 02/27/13 | Stan Grobelny | 2 ATMs | $ 24,000.00 | $ 819,000.00 |
| CNB | 22414410 | Deposit | 08/06/13 | Judy Grobelny | 1 ATM | $ 12,000.00 | $ 831,000.00 |
| | | | | | Total | $ 831,000.00 | |

**Stan & Judy Grobelny - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|

EXHIBIT B
PAGE 16

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | | Cumulative Total | |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Withdrawal | 07/01/99 | Stan or Judy Grobelny | | $ | (366.67) | $ | (366.67) |
| CNB | 22413612 | Withdrawal | 08/01/99 | Stan or Judy Grobelny | | $ | (366.67) | $ | (733.33) |
| CNB | 22413612 | Withdrawal | 09/01/99 | Stan or Judy Grobelny | | $ | (366.67) | $ | (1,100.00) |
| CNB | 22413612 | Withdrawal | 10/01/99 | Stan or Judy Grobelny | | $ | (733.33) | $ | (1,833.33) |
| CNB | 22413612 | Withdrawal | 11/01/99 | Stan or Judy Grobelny | | $ | (733.33) | $ | (2,566.67) |
| CNB | 22413612 | Withdrawal | 12/01/99 | Stan or Judy Grobelny | | $ | (733.33) | $ | (3,300.00) |
| CNB | 22413612 | Withdrawal | 01/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (4,033.33) |
| CNB | 22413612 | Withdrawal | 02/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (4,766.67) |
| CNB | 22413612 | Withdrawal | 03/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (5,500.00) |
| CNB | 22413612 | Withdrawal | 04/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (6,233.33) |
| CNB | 22413612 | Withdrawal | 05/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (6,966.67) |
| CNB | 22413612 | Withdrawal | 06/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (7,700.00) |
| CNB | 22413612 | Withdrawal | 07/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (8,433.33) |
| CNB | 22413612 | Withdrawal | 08/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (9,166.67) |
| CNB | 22413612 | Withdrawal | 09/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (9,900.00) |
| CNB | 22413612 | Withdrawal | 10/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (10,633.33) |
| CNB | 22413612 | Withdrawal | 11/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (11,366.67) |
| CNB | 22413612 | Withdrawal | 12/01/00 | Stan or Judy Grobelny | | $ | (733.33) | $ | (12,100.00) |
| CNB | 22413612 | Withdrawal | 01/01/01 | Stan or Judy Grobelny | | $ | (733.33) | $ | (12,833.33) |
| CNB | 22413612 | Withdrawal | 02/01/01 | Stan or Judy Grobelny | | $ | (733.33) | $ | (13,566.67) |
| CNB | 22413612 | Withdrawal | 03/01/01 | Stan or Judy Grobelny | | $ | (733.33) | $ | (14,300.00) |
| CNB | 22413612 | Withdrawal | 04/01/01 | Stan or Judy Grobelny | | $ | (1,100.00) | $ | (15,400.00) |
| CNB | 22413612 | Withdrawal | 05/01/01 | Stan or Judy Grobelny | | $ | (1,100.00) | $ | (16,500.00) |
| CNB | 22413612 | Withdrawal | 06/01/01 | Stan or Judy Grobelny | | $ | (1,100.00) | $ | (17,600.00) |
| CNB | 22413612 | Withdrawal | 07/01/01 | Stan or Judy Grobelny | | $ | (1,100.00) | $ | (18,700.00) |
| CNB | 22413612 | Withdrawal | 08/01/01 | Stan or Judy Grobelny | | $ | (1,100.00) | $ | (19,800.00) |
| CNB | 22413612 | Withdrawal | 09/01/01 | Stan or Judy Grobelny | | $ | (1,100.00) | $ | (20,900.00) |
| CNB | 22413612 | Withdrawal | 10/01/01 | Judy Grobelny | | $ | (208.33) | $ | (21,108.33) |
| CNB | 22413612 | Withdrawal | 10/01/01 | Stan or Judy Grobelny | | $ | (1,100.00) | $ | (22,208.33) |
| CNB | 22413612 | Withdrawal | 11/01/01 | Judy Grobelny | | $ | (208.33) | $ | (22,416.67) |
| CNB | 22413612 | Withdrawal | 11/01/01 | Stan or Judy Grobelny | | $ | (1,100.00) | $ | (23,516.67) |
| CNB | 22413612 | Withdrawal | 12/01/01 | Judy Grobelny | | $ | (208.33) | $ | (23,725.00) |
| CNB | 22413612 | Withdrawal | 12/01/01 | Stan or Judy Grobelny | | $ | (1,100.00) | $ | (24,825.00) |
| CNB | 22413612 | Withdrawal | 12/28/01 | Judy Grobelny | | $ | (205.00) | $ | (25,030.00) |
| CNB | 22413612 | Withdrawal | 12/28/01 | Stan or Judy Grobelny | | $ | (1,289.50) | $ | (26,319.50) |
| CNB | 22413612 | Withdrawal | 01/25/02 | Judy Grobelny | | $ | (214.50) | $ | (26,534.00) |
| CNB | 22413612 | Withdrawal | 01/25/02 | Stan Grobelny or Judy Grobelny | | $ | (1,309.00) | $ | (27,843.00) |
| CNB | 22413612 | Withdrawal | 02/28/02 | Judy Grobelny | | $ | (202.00) | $ | (28,045.00) |
| CNB | 22413612 | Withdrawal | 02/28/02 | Stan Grobelny or Judy Grobelny | | $ | (1,286.50) | $ | (29,331.50) |
| CNB | 22413612 | Withdrawal | 03/29/02 | Judy Grobelny | | $ | (195.00) | $ | (29,526.50) |
| CNB | 22413612 | Withdrawal | 03/29/02 | Stan Grobelny or Judy Grobelny | | $ | (1,201.50) | $ | (30,728.00) |
| CNB | 22413612 | Withdrawal | 04/30/02 | Judy Grobelny | | $ | (202.00) | $ | (30,930.00) |
| CNB | 22413612 | Withdrawal | 04/30/02 | Stan Grobelny or Judy Grobelny | | $ | (1,245.00) | $ | (32,175.00) |
| CNB | 22413612 | Withdrawal | 05/31/02 | Judy Grobelny | | $ | (198.50) | $ | (32,373.50) |
| CNB | 22413612 | Withdrawal | 05/31/02 | Stan Grobelny or Judy Grobelny | | $ | (1,242.00) | $ | (33,615.50) |
| CNB | 22413612 | Withdrawal | 07/01/02 | Judy Grobelny | | $ | (205.50) | $ | (33,821.00) |
| CNB | 22413612 | Withdrawal | 07/01/02 | Stan Grobelny or Judy Grobelny | | $ | (2,206.00) | $ | (36,027.00) |
| CNB | 22413612 | Withdrawal | 08/01/02 | Judy Grobelny | | $ | (207.50) | $ | (36,234.50) |
| CNB | 22413612 | Withdrawal | 08/01/02 | Stan Grobelny or Judy Grobelny | | $ | (2,233.50) | $ | (38,468.00) |
| CNB | 22413612 | Withdrawal | 09/01/02 | Judy Grobelny | | $ | (206.00) | $ | (38,674.00) |
| CNB | 22413612 | Withdrawal | 09/01/02 | Stan Grobleny or Judy Grobelny | | $ | (2,211.00) | $ | (40,885.00) |
| CNB | 22413612 | Withdrawal | 10/01/02 | Judy Grobelny | | $ | (204.00) | $ | (41,089.00) |
| CNB | 22413612 | Withdrawal | 10/01/02 | Stan Grobleny or Judy Grobelny | | $ | (2,113.50) | $ | (43,202.50) |
| CNB | 22413612 | Withdrawal | 11/01/02 | Judy Grobelny | | $ | (196.00) | $ | (43,398.50) |
| CNB | 22413612 | Withdrawal | 11/01/02 | Stan Grobelny or Judy Grobelny | | $ | (2,094.50) | $ | (45,493.00) |
| CNB | 22413612 | Withdrawal | 12/01/02 | Judy Grobelny | | $ | (201.50) | $ | (45,694.50) |
| CNB | 22413612 | Withdrawal | 12/01/02 | Stan Grobelny or Judy Grobelny | | $ | (2,084.50) | $ | (47,779.00) |
| CNB | 22413612 | Withdrawal | 12/31/02 | Judy Grobelny | | $ | (199.00) | $ | (47,978.00) |
| CNB | 22413612 | Withdrawal | 12/31/02 | Stan Grobelny or Judy Grobelny | | $ | (2,060.50) | $ | (50,038.50) |
| CNB | 22413612 | Withdrawal | 02/01/03 | Judy Grobelny | | $ | (204.50) | $ | (50,243.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Withdrawal | 02/01/03 | Stan Grobelny or Judy Grobelny | | $ (2,085.50) | $ (52,328.50) |
| CNB | 22413612 | Withdrawal | 03/01/03 | Judy Grobelny | | $ (197.50) | $ (52,526.00) |
| CNB | 22413612 | Withdrawal | 03/01/03 | Stan Grobelny or Judy Grobelny | | $ (2,055.00) | $ (54,581.00) |
| CNB | 22413612 | Withdrawal | 04/01/03 | Judy Grobelny | | $ (203.00) | $ (54,784.00) |
| CNB | 22413612 | Withdrawal | 04/01/03 | Stan Grobelny or Judy Grobelny | | $ (2,042.00) | $ (56,826.00) |
| CNB | 22413612 | Withdrawal | 05/01/03 | Judy Grobelny | | $ (209.00) | $ (57,035.00) |
| CNB | 22413612 | Withdrawal | 05/01/03 | Stan Grobelny or Judy Grobelny | | $ (2,085.50) | $ (59,120.50) |
| CNB | 22413612 | Withdrawal | 06/01/03 | Judy Grobelny | | $ (201.50) | $ (59,322.00) |
| CNB | 22413612 | Withdrawal | 06/01/03 | Stan Grobelny or Judy Grobelny | | $ (1,934.50) | $ (61,256.50) |
| CNB | 22413612 | Withdrawal | 07/01/03 | Judy Grobelny | | $ (205.50) | $ (61,462.00) |
| CNB | 22413612 | Withdrawal | 07/01/03 | Stan or Judy Grobelny | | $ (2,092.50) | $ (63,554.50) |
| CNB | 22413612 | Withdrawal | 08/01/03 | Judy Grobelny | | $ (208.33) | $ (63,762.83) |
| CNB | 22413612 | Withdrawal | 08/01/03 | Stan or Judy Grobelny or Jeff | | $ (2,109.00) | $ (65,871.83) |
| CNB | 22413612 | Withdrawal | 08/01/03 | Stan or Judy Grobelny or Jeff | | $ (2,985.50) | $ (68,857.33) |
| CNB | 22413612 | Withdrawal | 09/02/03 | Judy Grobelny | | $ (196.50) | $ (69,053.83) |
| CNB | 22413612 | Withdrawal | 09/02/03 | Stan Grobelny or Judy Grobelny or Jeff | | $ (2,132.50) | $ (71,186.33) |
| CNB | 22413612 | Withdrawal | 10/01/03 | Judy Grobelny | | $ (201.50) | $ (71,387.83) |
| CNB | 22413612 | Withdrawal | 10/01/03 | Stan or Judy Grobelny or Jeff | | $ (2,150.50) | $ (73,538.33) |
| CNB | 22413612 | Withdrawal | 11/01/03 | Judy Grobelny | | $ (206.50) | $ (73,744.83) |
| CNB | 22413612 | Withdrawal | 11/01/03 | Stan or Judy Grobelny or Jeff | | $ (2,137.50) | $ (75,882.33) |
| CNB | 22413612 | Withdrawal | 12/01/03 | Judy Grobelny | | $ (203.50) | $ (76,085.83) |
| CNB | 22413612 | Withdrawal | 12/01/03 | Stan or Judy Grobelny or Jeff | | $ (2,157.00) | $ (78,242.83) |
| CNB | 22413612 | Withdrawal | 12/31/03 | Judy Grobelny | | $ (210.50) | $ (78,453.33) |
| CNB | 22413612 | Withdrawal | 12/31/03 | Stan or Judy Grobelny or Jeff | | $ (2,186.00) | $ (80,639.33) |
| CNB | 22413612 | Withdrawal | 02/01/04 | Judy Grobelny | | $ (205.00) | $ (80,844.33) |
| CNB | 22413612 | Withdrawal | 02/01/04 | Stan Grobelny | | $ (2,124.50) | $ (82,968.83) |
| CNB | 22413612 | Withdrawal | 03/01/04 | Judy Grobelny | | $ (316.00) | $ (83,284.83) |
| CNB | 22413612 | Withdrawal | 03/01/04 | Stan Grobelny | | $ (2,343.50) | $ (85,628.33) |
| CNB | 22413612 | Withdrawal | 04/01/04 | Judy Grobelny | | $ (615.00) | $ (86,243.33) |
| CNB | 22413612 | Withdrawal | 04/01/04 | Stan Grobelny | | $ (2,369.50) | $ (88,612.83) |
| CNB | 22413612 | Withdrawal | 05/01/04 | Judy Grobelny | | $ (620.50) | $ (89,233.33) |
| CNB | 22413612 | Withdrawal | 05/01/04 | Stan Grobelny | | $ (2,391.50) | $ (91,624.83) |
| CNB | 22413612 | Withdrawal | 06/01/04 | Judy Grobelny | | $ (626.00) | $ (92,250.83) |
| CNB | 22413612 | Withdrawal | 06/01/04 | Stan Grobelny | | $ (2,399.50) | $ (94,650.33) |
| CNB | 22413612 | Withdrawal | 07/01/04 | Judy Grobelny | | $ (619.50) | $ (95,269.83) |
| CNB | 22413612 | Withdrawal | 07/01/04 | Stan Grobelny | | $ (2,389.00) | $ (97,658.83) |
| CNB | 22413612 | Withdrawal | 08/01/04 | Judy Grobelny | | $ (636.50) | $ (98,295.33) |
| CNB | 22413612 | Withdrawal | 08/01/04 | Stan Grobelny | | $ (2,398.00) | $ (100,693.33) |
| CNB | 22413612 | Withdrawal | 09/01/04 | Judy Grobelny | | $ (813.00) | $ (101,506.33) |
| CNB | 22413612 | Withdrawal | 09/01/04 | Stan Grobelny | | $ (2,411.50) | $ (103,917.83) |
| CNB | 22413612 | Withdrawal | 10/01/04 | Judy Grobelny | | $ (798.50) | $ (104,716.33) |
| CNB | 22413612 | Withdrawal | 10/01/04 | Stan Grobelny | | $ (2,399.50) | $ (107,115.83) |
| CNB | 22413612 | Withdrawal | 11/01/04 | Judy Grobelny | | $ (808.33) | $ (107,924.17) |
| CNB | 22413612 | Withdrawal | 11/01/04 | Stan Grobelny | | $ (2,411.00) | $ (110,335.17) |
| CNB | 22413612 | Withdrawal | 12/01/04 | Judy Grobelny | | $ (808.33) | $ (111,143.50) |
| CNB | 22413612 | Withdrawal | 12/01/04 | Stan Grobelny | | $ (2,436.50) | $ (113,580.00) |
| CNB | 22413612 | Withdrawal | 01/01/05 | Judy Grobelny | | $ (808.33) | $ (114,388.33) |
| CNB | 22413612 | Withdrawal | 01/01/05 | Stan Grobelny | | $ (2,641.67) | $ (117,030.00) |
| CNB | 22413612 | Withdrawal | 02/01/05 | Judy Grobelny | | $ (808.33) | $ (117,838.33) |
| CNB | 22413612 | Withdrawal | 02/01/05 | Stan Grobelny | | $ (2,641.67) | $ (120,480.00) |
| CNB | 22413612 | Withdrawal | 03/01/05 | Judy Grobelny | | $ (808.33) | $ (121,288.33) |
| CNB | 22413612 | Withdrawal | 03/01/05 | Stan Grobelny | | $ (2,641.67) | $ (123,930.00) |
| CNB | 22413612 | Withdrawal | 04/01/05 | Judy Grobelny | | $ (808.33) | $ (124,738.33) |
| CNB | 22413612 | Withdrawal | 04/01/05 | Stan Grobelny | | $ (2,641.67) | $ (127,380.00) |
| CNB | 22413612 | Withdrawal | 05/01/05 | Judy Grobelny | | $ (808.33) | $ (128,188.33) |
| CNB | 22413612 | Withdrawal | 05/01/05 | Stan Grobelny | | $ (2,641.67) | $ (130,830.00) |
| CNB | 22413612 | Withdrawal | 06/01/05 | Judy Grobelny | | $ (808.33) | $ (131,638.33) |
| CNB | 22413612 | Withdrawal | 06/01/05 | Stan Grobelny | | $ (3,041.67) | $ (134,680.00) |
| CNB | 22413612 | Withdrawal | 07/01/05 | Judy Grobelny | | $ (808.33) | $ (135,488.33) |
| CNB | 22413612 | Withdrawal | 07/01/05 | Stan Grobelny | | $ (3,041.67) | $ (138,530.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | | Cumulative Total | |
|---|---|---|---|---|---|---:|---|---:|---|
| CNB | 22413612 | Withdrawal | 08/01/05 | Judy Grobelny | | $ | (808.33) | $ | (139,338.33) |
| CNB | 22413612 | Withdrawal | 08/01/05 | Stan Grobelny | | $ | (3,041.67) | $ | (142,380.00) |
| CNB | 22413612 | Withdrawal | 09/01/05 | Judy Grobelny | | $ | (808.33) | $ | (143,188.33) |
| CNB | 22413612 | Withdrawal | 09/01/05 | Stan Grobelny | | $ | (3,041.67) | $ | (146,230.00) |
| CNB | 22413612 | Withdrawal | 10/01/05 | Judy Grobelny | | $ | (808.33) | $ | (147,038.33) |
| CNB | 22413612 | Withdrawal | 10/01/05 | Stan Grobelny | | $ | (3,041.67) | $ | (150,080.00) |
| CNB | 22413612 | Withdrawal | 11/01/05 | Judy Grobelny | | $ | (808.33) | $ | (150,888.33) |
| CNB | 22413612 | Withdrawal | 11/01/05 | Stan Grobelny | | $ | (3,441.67) | $ | (154,330.00) |
| CNB | 22414399 | Withdrawal | 12/01/05 | Judy Grobelny | | $ | (778.50) | $ | (155,108.50) |
| CNB | 22414399 | Withdrawal | 12/02/05 | Stan Grobelny | | $ | (3,166.50) | $ | (158,275.00) |
| CNB | 22414399 | Withdrawal | 01/01/06 | Judy Grobelny | | $ | (794.50) | $ | (159,069.50) |
| CNB | 22414399 | Withdrawal | 01/01/06 | Stan Grobelny | | $ | (3,191.50) | $ | (162,261.00) |
| CNB | 22414399 | Withdrawal | 02/01/06 | Judy Grobelny | | $ | (962.50) | $ | (163,223.50) |
| CNB | 22414399 | Withdrawal | 02/01/06 | Stan Grobelny | | $ | (3,519.50) | $ | (166,743.00) |
| CNB | 22414399 | Withdrawal | 03/01/06 | Judy Grobelny | | $ | (947.50) | $ | (167,690.50) |
| CNB | 22414399 | Withdrawal | 03/01/06 | Stan Grobelny | | $ | (3,587.00) | $ | (171,277.50) |
| CNB | 22414399 | Withdrawal | 04/01/06 | Judy Grobelny | | $ | (931.50) | $ | (172,209.00) |
| CNB | 22414399 | Withdrawal | 04/01/06 | Stan Grobelny | | $ | (3,487.00) | $ | (175,696.00) |
| CNB | 22414399 | Withdrawal | 05/01/06 | Judy Grobelny | | $ | (959.50) | $ | (176,655.50) |
| CNB | 22414399 | Withdrawal | 05/01/06 | Stan Grobelny | | $ | (3,587.00) | $ | (180,242.50) |
| CNB | 22414399 | Withdrawal | 06/01/06 | Judy Grobelny | | $ | (944.00) | $ | (181,186.50) |
| CNB | 22414399 | Withdrawal | 06/01/06 | Stan Grobelny | | $ | (3,514.50) | $ | (184,701.00) |
| CNB | 22414399 | Withdrawal | 07/01/06 | Judy Grobelny | | $ | (950.00) | $ | (185,651.00) |
| CNB | 22414399 | Withdrawal | 07/01/06 | Stan Grobelny | | $ | (3,642.00) | $ | (189,293.00) |
| CNB | 22414399 | Withdrawal | 08/01/06 | Judy Grobelny | | $ | (963.00) | $ | (190,256.00) |
| CNB | 22414399 | Withdrawal | 08/01/06 | Stan Grobelny | | $ | (4,044.00) | $ | (194,300.00) |
| CNB | 22414399 | Withdrawal | 09/01/06 | Stan Grobelny | | $ | (4,057.00) | $ | (198,357.00) |
| CNB | 22414399 | Withdrawal | 09/07/06 | Judy Grobelny | | $ | (969.00) | $ | (199,326.00) |
| CNB | 22414399 | Withdrawal | 10/01/06 | Judy Grobelny | | $ | (952.00) | $ | (200,278.00) |
| CNB | 22414399 | Withdrawal | 10/01/06 | Stan Grobelny | | $ | (3,989.50) | $ | (204,267.50) |
| CNB | 22414399 | Withdrawal | 11/01/06 | Judy Grobelny | | $ | (947.00) | $ | (205,214.50) |
| CNB | 22414399 | Withdrawal | 11/01/06 | Stan Grobelny | | $ | (3,951.00) | $ | (209,165.50) |
| CNB | 22414399 | Withdrawal | 12/01/06 | Judy Grobelny | | $ | (949.00) | $ | (210,114.50) |
| CNB | 22414399 | Withdrawal | 12/01/06 | Stan Grobelny | | $ | (3,906.50) | $ | (214,021.00) |
| CNB | 22414399 | Withdrawal | 12/31/06 | Judy Grobelny | | $ | (943.50) | $ | (214,964.50) |
| CNB | 22414399 | Withdrawal | 12/31/06 | Stan Grobelny | | $ | (3,890.50) | $ | (218,855.00) |
| CNB | 22414399 | Withdrawal | 02/01/07 | Judy Grobelny | | $ | (958.50) | $ | (219,813.50) |
| CNB | 22414399 | Withdrawal | 02/01/07 | Stan Grobelny or Judy Grobelny | | $ | (3,841.00) | $ | (223,654.50) |
| CNB | 22414399 | Withdrawal | 02/16/07 | Stan Grobelny or Judy Grobelny | 20% Adjustment | $ | (197.50) | $ | (223,852.00) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Judy Grobelny | | $ | (964.00) | $ | (224,816.00) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Stan Grobelny or Judy Grobelny | | $ | (4,300.50) | $ | (229,116.50) |
| CNB | 22414399 | Withdrawal | 04/01/07 | Judy Grobelny | | $ | (942.00) | $ | (230,058.50) |
| CNB | 22414399 | Withdrawal | 04/01/07 | Stan Grobelny or Judy Grobelny | | $ | (4,204.50) | $ | (234,263.00) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Judy Grobelny | | $ | (970.00) | $ | (235,233.00) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Stan Grobelny or Judy Grobelny | | $ | (4,332.00) | $ | (239,565.00) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Judy Grobelny | | $ | (964.50) | $ | (240,529.50) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Stan Grobelny or Judy Grobelny | | $ | (4,296.50) | $ | (244,826.00) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Judy Grobelny | | $ | (955.50) | $ | (245,781.50) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Stan Grobelny | | $ | (4,307.00) | $ | (250,088.50) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Judy Grobelny | | $ | (964.50) | $ | (251,053.00) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Stan Grobelny or Judy Grobelny | | $ | (4,355.00) | $ | (255,408.00) |
| CNB | 22414399 | Withdrawal | 09/11/07 | Judy Grobelny | | $ | (949.00) | $ | (256,357.00) |
| CNB | 22414399 | Withdrawal | 09/13/07 | Stan Grobelny or Judy Grobelny | | $ | (5,104.50) | $ | (261,461.50) |
| CNB | 22414399 | Withdrawal | 10/05/07 | Judy Grobelny | | $ | (940.00) | $ | (262,401.50) |
| CNB | 22414399 | Withdrawal | 10/09/07 | Stan Grobelny or Judy Grobelny | | $ | (5,056.00) | $ | (267,457.50) |
| CNB | 22414399 | Withdrawal | 11/08/07 | Judy Grobelny | | $ | (963.00) | $ | (268,420.50) |
| CNB | 22414399 | Withdrawal | 11/09/07 | Stan Grobelny or Judy Grobelny | | $ | (5,071.00) | $ | (273,491.50) |
| CNB | 22414399 | Withdrawal | 12/07/07 | Judy Grobelny | | $ | (969.50) | $ | (274,461.00) |
| CNB | 22414399 | Withdrawal | 12/13/07 | Stan Grobelny or Judy Grobelny | | $ | (5,133.00) | $ | (279,594.00) |
| CNB | 22414399 | Withdrawal | 01/08/08 | Judy Grobelny | | $ | (964.00) | $ | (280,558.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 01/10/08 | Stan Grobelny or Judy Grobelny | | $ (5,119.50) | $ (285,677.50) |
| CNB | 22414399 | Withdrawal | 02/06/08 | Judy Grobelny | | $ (957.00) | $ (286,634.50) |
| CNB | 22414399 | Withdrawal | 02/11/08 | Stan Grobelny or Judy Grobelny | | $ (5,117.50) | $ (291,752.00) |
| CNB | 22414399 | Withdrawal | 03/03/08 | Stan Grobelny or Judy Grobelny | 20% adjustment | $ (2,586.00) | $ (294,338.00) |
| CNB | 22414399 | Withdrawal | 03/04/08 | Stan Grobelny or Judy Grobelny | 20% adjustment | $ (484.00) | $ (294,822.00) |
| CNB | 22414399 | Withdrawal | 03/10/08 | Judy Grobelny | | $ (969.00) | $ (295,791.00) |
| CNB | 22414399 | Withdrawal | 03/10/08 | Stan Grobelny or Judy Grobelny | | $ (5,081.50) | $ (300,872.50) |
| CNB | 22414399 | Withdrawal | 04/08/08 | Judy Grobelny | | $ (974.50) | $ (301,847.00) |
| CNB | 22414399 | Withdrawal | 04/09/08 | Stan Grobelny or Judy Grobelny | | $ (5,275.50) | $ (307,122.50) |
| CNB | 22414399 | Withdrawal | 05/07/08 | Judy Grobelny | | $ (947.00) | $ (308,069.50) |
| CNB | 22414399 | Withdrawal | 05/12/08 | Stan Grobelny or Judy Grobelny | | $ (5,030.00) | $ (313,099.50) |
| CNB | 22414399 | Withdrawal | 06/09/08 | Judy Grobelny | | $ (951.00) | $ (314,050.50) |
| CNB | 22414399 | Withdrawal | 06/11/08 | Stan Grobelny or Judy Grobelny | | $ (5,054.00) | $ (319,104.50) |
| CNB | 22414399 | Withdrawal | 07/08/08 | Judy Grobelny | | $ (935.00) | $ (320,039.50) |
| CNB | 22414399 | Withdrawal | 07/09/08 | Stan Grobelny or Judy Grobelny | | $ (5,046.50) | $ (325,086.00) |
| CNB | 22414399 | Withdrawal | 08/06/08 | Judy Grobelny | | $ (910.50) | $ (325,996.50) |
| CNB | 22414399 | Withdrawal | 08/08/08 | Stan Grobelny or Judy Grobelny | | $ (4,903.00) | $ (330,899.50) |
| CNB | 22414399 | Withdrawal | 09/08/08 | Judy Grobelny | | $ (924.00) | $ (331,823.50) |
| CNB | 22414399 | Withdrawal | 09/09/08 | Stan Grobelny or Judy Grobelny | | $ (4,901.50) | $ (336,725.00) |
| CNB | 22414399 | Withdrawal | 10/07/08 | Judy Grobelny | | $ (903.00) | $ (337,628.00) |
| CNB | 22414399 | Withdrawal | 10/08/08 | Stan Grobelny or Judy Grobelny | | $ (5,647.00) | $ (343,275.00) |
| CNB | 22414399 | Withdrawal | 11/06/08 | Judy Grobelny | | $ (910.50) | $ (344,185.50) |
| CNB | 22414399 | Withdrawal | 11/12/08 | Stan Grobelny or Judy Grobelny | | $ (5,684.00) | $ (349,869.50) |
| CNB | 22414399 | Withdrawal | 12/08/08 | Judy Grobelny | | $ (886.00) | $ (350,755.50) |
| CNB | 22414399 | Withdrawal | 12/10/08 | Stan Grobelny or Judy Grobelny | | $ (5,539.00) | $ (356,294.50) |
| CNB | 22414399 | Withdrawal | 01/06/09 | Judy Grobelny | | $ (854.50) | $ (357,149.00) |
| CNB | 22414399 | Withdrawal | 01/08/09 | Stan Grobelny or Judy Grobelny | | $ (5,305.50) | $ (362,454.50) |
| CNB | 22414399 | Withdrawal | 02/04/09 | Judy Grobelny | | $ (853.00) | $ (363,307.50) |
| CNB | 22414399 | Withdrawal | 02/09/09 | Stan Grobelny or Judy Grobelny | | $ (5,225.50) | $ (368,533.00) |
| CNB | 22414399 | Withdrawal | 03/06/09 | Judy Grobelny | | $ (833.50) | $ (369,366.50) |
| CNB | 22414399 | Withdrawal | 03/06/09 | Judy Grobelny | 20% Adjustment | $ (991.00) | $ (370,357.50) |
| CNB | 22414399 | Withdrawal | 03/09/09 | Stan Grobelny or Judy Grobelny | | $ (5,108.50) | $ (375,466.00) |
| CNB | 22414399 | Withdrawal | 03/26/09 | Stan Grobelny or Judy Grobelny | 20% Adjustment | $ (2,075.50) | $ (377,541.50) |
| CNB | 22414399 | Withdrawal | 04/07/09 | Judy Grobelny | | $ (811.50) | $ (378,353.00) |
| CNB | 22414399 | Withdrawal | 04/13/09 | Stan Grobelny or Judy Grobelny | | $ (4,978.50) | $ (383,331.50) |
| CNB | 22414399 | Withdrawal | 05/06/09 | Judy Grobelny | | $ (830.00) | $ (384,161.50) |
| CNB | 22414399 | Withdrawal | 05/12/09 | Stan Grobelny or Judy Grobelny | | $ (5,017.00) | $ (389,178.50) |
| CNB | 22414399 | Withdrawal | 06/03/09 | Judy Grobelny | | $ (834.50) | $ (390,013.00) |
| CNB | 22414399 | Withdrawal | 06/08/09 | Stan Grobelny or Judy Grobelny | | $ (5,892.50) | $ (395,905.50) |
| CNB | 22414399 | Withdrawal | 07/03/09 | Judy Grobelny | | $ (859.00) | $ (396,764.50) |
| CNB | 22414399 | Withdrawal | 07/08/09 | Stan Grobelny or Judy Grobelny | | $ (5,973.00) | $ (402,737.50) |
| CNB | 22414399 | Withdrawal | 08/05/09 | Judy Grobelny | | $ (839.00) | $ (403,576.50) |
| CNB | 22414399 | Withdrawal | 08/10/09 | Stan Grobelny or Judy Grobelny | | $ (5,958.50) | $ (409,535.00) |
| CNB | 22414399 | Withdrawal | 09/08/09 | Judy Grobelny | | $ (838.00) | $ (410,373.00) |
| CNB | 22414399 | Withdrawal | 09/10/09 | Stan Grobelny or Judy Grobelny | | $ (6,448.00) | $ (416,821.00) |
| CNB | 22414399 | Withdrawal | 10/05/09 | Judy Grobelny | | $ (854.00) | $ (417,675.00) |
| CNB | 22414399 | Withdrawal | 10/09/09 | Stan Grobelny or Judy Grobelny | | $ (6,502.00) | $ (424,177.00) |
| CNB | 22414399 | Withdrawal | 11/04/09 | Judy Grobelny | | $ (846.00) | $ (425,023.00) |
| CNB | 22414399 | Withdrawal | 11/10/09 | Stan Grobelny or Judy Grobelny | | $ (6,535.50) | $ (431,558.50) |
| CNB | 22414399 | Withdrawal | 12/07/09 | Judy Grobelny | | $ (851.50) | $ (432,410.00) |
| CNB | 22414399 | Withdrawal | 12/11/09 | Stan Grobelny or Judy Grobelny | | $ (6,902.00) | $ (439,312.00) |
| CNB | 22414399 | Withdrawal | 01/06/10 | Judy Grobelny | | $ (874.00) | $ (440,186.00) |
| CNB | 22414399 | Withdrawal | 01/13/10 | Stan Grobelny or Judy Grobelny | | $ (7,022.50) | $ (447,208.50) |
| CNB | 22414399 | Withdrawal | 02/05/10 | Judy Grobelny | | $ (870.50) | $ (448,079.00) |
| CNB | 22414399 | Withdrawal | 02/11/10 | Stan Grobelny or Judy Grobelny | | $ (7,097.00) | $ (455,176.00) |
| CNB | 22414399 | Withdrawal | 03/03/10 | Stan Grobelny or Judy Grobelny | 20% adjustment | $ (3,647.50) | $ (458,823.50) |
| CNB | 22414399 | Withdrawal | 03/04/10 | Judy Grobelny | | $ (885.00) | $ (459,708.50) |
| CNB | 22414399 | Withdrawal | 03/04/10 | Judy Grobelny | 20% adjustment | $ (3,717.00) | $ (463,425.50) |
| CNB | 22414399 | Withdrawal | 03/10/10 | Stan Grobelny or Judy Grobelny | | $ (7,101.00) | $ (470,526.50) |
| CNB | 22414399 | Withdrawal | 04/07/10 | Judy Grobelny | | $ (916.50) | $ (471,443.00) |

EXHIBIT B  
PAGE 20

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 04/13/10 | Stan Grobelny or Judy Grobelny | | $ | (7,757.50) | $ (479,200.50) |
| CNB | 22414399 | Withdrawal | 05/05/10 | Judy Grobelny | | $ | (947.00) | $ (480,147.50) |
| CNB | 22414399 | Withdrawal | 05/13/10 | Stan Grobelny or Judy Grobelny | | $ | (7,964.00) | $ (488,111.50) |
| CNB | 22414399 | Withdrawal | 06/04/10 | Judy Grobelny | | $ | (955.00) | $ (489,066.50) |
| CNB | 22414399 | Withdrawal | 06/10/10 | Stan Grobelny or Judy Grobelny | | $ | (8,563.50) | $ (497,630.00) |
| CNB | 22414399 | Withdrawal | 07/07/10 | Judy Grobelny | | $ | (935.00) | $ (498,565.00) |
| CNB | 22414399 | Withdrawal | 07/12/10 | Stan Grobelny or Judy Grobelny | | $ | (8,541.00) | $ (507,106.00) |
| CNB | 22414399 | Withdrawal | 08/04/10 | Judy Grobelny | | $ | (947.00) | $ (508,053.00) |
| CNB | 22414399 | Withdrawal | 08/11/10 | Stan Grobelny or Judy Grobelny | | $ | (8,724.00) | $ (516,777.00) |
| CNB | 22414399 | Withdrawal | 09/07/10 | Judy Grobelny | | $ | (1,190.50) | $ (517,967.50) |
| CNB | 22414399 | Withdrawal | 09/13/10 | Stan Grobelny or Judy Grobelny | | $ | (9,154.50) | $ (527,122.00) |
| CNB | 22414399 | Withdrawal | 10/06/10 | Judy Grobelny | | $ | (1,226.00) | $ (528,348.00) |
| CNB | 22414399 | Withdrawal | 10/18/10 | Stan Grobelny or Judy Grobelny | | $ | (9,326.00) | $ (537,674.00) |
| CNB | 22414399 | Withdrawal | 11/05/10 | Judy Grobelny | | $ | (1,207.50) | $ (538,881.50) |
| CNB | 22414399 | Withdrawal | 11/08/10 | Stan Grobelny or Judy Grobelny | | $ | (9,171.50) | $ (548,053.00) |
| CNB | 22414399 | Withdrawal | 12/06/10 | Judy Grobelny | | $ | (1,234.00) | $ (549,287.00) |
| CNB | 22414399 | Withdrawal | 12/17/10 | Stan Grobelny or Judy Grobelny | | $ | (9,423.00) | $ (558,710.00) |
| CNB | 22414399 | Withdrawal | 01/05/11 | Judy Grobelny | | $ | (1,246.00) | $ (559,956.00) |
| CNB | 22414399 | Withdrawal | 01/11/11 | Stan Grobelny or Judy Grobelny | | $ | (10,087.00) | $ (570,043.00) |
| CNB | 22414399 | Withdrawal | 02/04/11 | Judy Grobelny | | $ | (1,273.50) | $ (571,316.50) |
| CNB | 22414399 | Withdrawal | 02/10/11 | Stan Grobelny or Judy Grobelny | | $ | (10,206.00) | $ (581,522.50) |
| CNB | 22414399 | Withdrawal | 03/07/11 | Judy Grobelny | | $ | (1,268.50) | $ (582,791.00) |
| CNB | 22414399 | Withdrawal | 03/07/11 | Judy Grobelny | 20% adjustment | $ | (987.00) | $ (583,778.00) |
| CNB | 22414399 | Withdrawal | 03/07/11 | Stan Grobelny or Judy Grobelny | 20% adjustment | $ | (3,130.50) | $ (586,908.50) |
| CNB | 22414399 | Withdrawal | 03/14/11 | Stan Grobelny or Judy Grobelny | | $ | (10,197.00) | $ (597,105.50) |
| CNB | 22414399 | Withdrawal | 04/05/11 | Judy Grobelny | | $ | (1,250.00) | $ (598,355.50) |
| CNB | 22414399 | Withdrawal | 04/06/11 | Stan Grobelny or Judy Grobelny | | $ | (10,529.50) | $ (608,885.00) |
| CNB | 22414399 | Withdrawal | 05/05/11 | Judy Grobelny | | $ | (1,283.00) | $ (610,168.00) |
| CNB | 22414399 | Withdrawal | 05/09/11 | Stan Grobelny or Judy Grobelny | | $ | (10,785.00) | $ (620,953.00) |
| CNB | 22414399 | Withdrawal | 06/06/11 | Judy Grobelny | | $ | (1,247.00) | $ (622,200.00) |
| CNB | 22414399 | Withdrawal | 06/10/11 | Stan Grobelny or Judy Grobelny | | $ | (11,249.00) | $ (633,449.00) |
| CNB | 22414399 | Withdrawal | 07/07/11 | Judy Grobelny | | $ | (1,266.50) | $ (634,715.50) |
| CNB | 22414399 | Withdrawal | 07/11/11 | Stan Grobelny or Judy Grobelny | | $ | (11,222.50) | $ (645,938.00) |
| CNB | 22414399 | Withdrawal | 08/08/11 | Judy Grobelny | | $ | (1,294.00) | $ (647,232.00) |
| CNB | 22414399 | Withdrawal | 08/10/11 | Stan Grobelny or Judy Grobelny | | $ | (11,308.00) | $ (658,540.00) |
| CNB | 22414399 | Withdrawal | 09/08/11 | Judy Grobelny | | $ | (1,269.50) | $ (659,809.50) |
| CNB | 22414399 | Withdrawal | 09/12/11 | Stan Grobelny or Judy Grobelny | | $ | (11,198.00) | $ (671,007.50) |
| CNB | 22414399 | Withdrawal | 10/05/11 | Judy Grobelny | | $ | (1,299.50) | $ (672,307.00) |
| CNB | 22414399 | Withdrawal | 10/13/11 | Stan Grobelny or Judy Grobelny | | $ | (11,426.00) | $ (683,733.00) |
| CNB | 22414399 | Withdrawal | 11/04/11 | Judy Grobelny | | $ | (1,590.50) | $ (685,323.50) |
| CNB | 22414399 | Withdrawal | 11/09/11 | Stan Grobelny or Judy Grobelny | | $ | (11,212.50) | $ (696,536.00) |
| CNB | 22414399 | Withdrawal | 12/09/11 | Judy Grobelny | | $ | (1,587.00) | $ (698,123.00) |
| CNB | 22414399 | Withdrawal | 12/09/11 | Stan Grobelny or Judy Grobelny | | $ | (11,171.50) | $ (709,294.50) |
| CNB | 22414399 | Withdrawal | 01/05/12 | Judy Grobelny | | $ | (1,602.50) | $ (710,897.00) |
| CNB | 22414399 | Withdrawal | 01/11/12 | Stan Grobelny or Judy Grobelny | | $ | (11,261.50) | $ (722,158.50) |
| CNB | 22414399 | Withdrawal | 02/07/12 | Judy Grobelny | | $ | (1,825.50) | $ (723,984.00) |
| CNB | 22414399 | Withdrawal | 02/13/12 | Stan Grobelny or Judy Grobelny | | $ | (11,858.00) | $ (735,842.00) |
| CNB | 22414399 | Withdrawal | 03/07/12 | Judy Grobelny | | $ | (1,834.00) | $ (737,676.00) |
| CNB | 22414399 | Withdrawal | 03/12/12 | Stan Grobelny or Judy Grobelny | | $ | (11,887.50) | $ (749,563.50) |
| CNB | 22414399 | Withdrawal | 04/04/12 | Judy Grobelny | | $ | (1,803.00) | $ (751,366.50) |
| CNB | 22414399 | Withdrawal | 04/11/12 | Stan Grobelny or Judy Grobelny | | $ | (12,183.50) | $ (763,550.00) |
| CNB | 22414399 | Withdrawal | 05/07/12 | Judy Grobelny | | $ | (1,846.50) | $ (765,396.50) |
| CNB | 22414399 | Withdrawal | 05/14/12 | Stan Grobelny or Judy Grobelny | | $ | (12,519.50) | $ (777,916.00) |
| CNB | 22414399 | Withdrawal | 06/06/12 | Judy Grobelny | | $ | (1,818.00) | $ (779,734.00) |
| CNB | 22414399 | Withdrawal | 06/08/12 | Stan Grobelny or Judy Grobelny | | $ | (12,324.00) | $ (792,058.00) |
| CNB | 22414399 | Withdrawal | 07/06/12 | Judy Grobelny | | $ | (1,854.50) | $ (793,912.50) |
| CNB | 22414399 | Withdrawal | 07/17/12 | Stan Grobelny or Judy Grobelny | | $ | (12,580.00) | $ (806,492.50) |
| CNB | 22414399 | Withdrawal | 08/06/12 | Judy Grobelny | | $ | (2,230.50) | $ (808,723.00) |
| CNB | 22414399 | Withdrawal | 08/09/12 | Stan Grobelny or Judy Grobelny | | $ | (13,051.00) | $ (821,774.00) |
| CNB | 22414399 | Withdrawal | 09/05/12 | Judy Grobelny | | $ | (2,208.50) | $ (823,982.50) |

EXHIBIT B

PAGE 21

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 09/10/12 | Stan Grobelny or Judy Grobelny | | $ (13,105.00) | $ (837,087.50) |
| CNB | 22414399 | Withdrawal | 10/03/12 | Judy Grobelny | | $ (2,238.00) | $ (839,325.50) |
| CNB | 22414399 | Withdrawal | 10/09/12 | Stan Grobelny or Judy Grobelny | | $ (13,130.00) | $ (852,455.50) |
| CNB | 22414399 | Withdrawal | 11/07/12 | Judy Grobelny | | $ (2,204.50) | $ (854,660.00) |
| CNB | 22414399 | Withdrawal | 11/09/12 | Stan Grobelny or Judy Grobelny | | $ (14,334.00) | $ (868,994.00) |
| CNB | 22414399 | Withdrawal | 12/05/12 | Judy Grobelny | | $ (2,163.50) | $ (871,157.50) |
| CNB | 22414399 | Withdrawal | 12/10/12 | Stan Grobelny or Judy Grobelny | | $ (14,304.50) | $ (885,462.00) |
| CNB | 22414399 | Withdrawal | 01/07/13 | Judy Grobelny | | $ (2,184.00) | $ (887,646.00) |
| CNB | 22414399 | Withdrawal | 01/11/13 | Stan Grobelny or Judy Grobelny | | $ (14,135.00) | $ (901,781.00) |
| CNB | 22414399 | Withdrawal | 02/06/13 | Judy Grobelny | | $ (2,208.00) | $ (903,989.00) |
| CNB | 22414399 | Withdrawal | 02/07/13 | Stan Grobelny or Judy Grobelny | | $ (14,382.50) | $ (918,371.50) |
| CNB | 22414399 | Withdrawal | 03/06/13 | Judy Grobelny | | $ (2,214.50) | $ (920,586.00) |
| CNB | 22414399 | Withdrawal | 03/13/13 | Stan Grobelny or Judy Grobelny | | $ (14,322.00) | $ (934,908.00) |
| CNB | 22414399 | Withdrawal | 04/03/13 | Judy Grobelny | | $ (2,183.50) | $ (937,091.50) |
| CNB | 22414399 | Withdrawal | 04/15/13 | Stan Grobelny or Judy Grobelny | | $ (14,384.50) | $ (951,476.00) |
| CNB | 22414399 | Withdrawal | 05/07/13 | Judy Grobelny | | $ (2,181.50) | $ (953,657.50) |
| CNB | 22414399 | Withdrawal | 05/20/13 | Stan Grobelny or Judy Grobelny | | $ (15,071.00) | $ (968,728.50) |
| CNB | 22414399 | Withdrawal | 06/05/13 | Judy Grobelny | | $ (2,159.50) | $ (970,888.00) |
| CNB | 22414399 | Withdrawal | 06/17/13 | Stan Grobelny or Judy Grobelny | | $ (14,841.00) | $ (985,729.00) |
| CNB | 22414399 | Withdrawal | 07/08/13 | Judy Grobelny | | $ (2,215.50) | $ (987,944.50) |
| CNB | 22414399 | Withdrawal | 07/15/13 | Stan Grobelny or Judy Grobelny | | $ (15,192.00) | $ (1,003,136.50) |
| CNB | 22414399 | Withdrawal | 08/05/13 | Judy Grobelny | | $ (2,214.50) | $ (1,005,351.00) |
| CNB | 22414399 | Withdrawal | 08/09/13 | Stan Grobelny or Judy Grobelny | | $ (15,168.50) | $ (1,020,519.50) |
| CNB | 22414399 | Withdrawal | 09/04/13 | Judy Grobelny | | $ (2,208.50) | $ (1,022,728.00) |
| CNB | 22414399 | Withdrawal | 09/23/13 | Stan Grobelny or Judy Grobelny | | $ (15,113.50) | $ (1,037,841.50) |
| CNB | 22414399 | Withdrawal | 10/07/13 | Judy Grobelny | | $ (2,226.00) | $ (1,040,067.50) |
| CNB | 22414399 | Withdrawal | 10/15/13 | Stan Grobelny or Judy Grobelny | 9070076729 | $ (15,121.50) | $ (1,055,189.00) |
| CNB | 22414399 | Withdrawal | 11/05/13 | Judy Grobelny | | $ (2,601.50) | $ (1,057,790.50) |
| CNB | 22414399 | Withdrawal | 11/19/13 | Stan Grobelny or Judy Grobelny | | $ (15,210.00) | $ (1,073,000.50) |
| CNB | 22414399 | Withdrawal | 12/09/13 | Judy Grobelny | | $ (2,583.00) | $ (1,075,583.50) |
| CNB | 22414399 | Withdrawal | 12/18/13 | Stan Grobelny or Judy Grobelny | | $ (15,222.50) | $ (1,090,806.00) |
| CNB | 22414399 | Withdrawal | 01/07/14 | Judy Grobelny | | $ (2,575.50) | $ (1,093,381.50) |
| CNB | 22414399 | Withdrawal | 01/13/14 | Stan Grobelny or Judy Grobelny | | $ (15,231.00) | $ (1,108,612.50) |
| CNB | 22414399 | Withdrawal | 02/05/14 | Judy Grobelny | | $ (2,592.50) | $ (1,111,205.00) |
| CNB | 22414399 | Withdrawal | 02/18/14 | Stan Grobelny or Judy Grobelny | | $ (15,238.50) | $ (1,126,443.50) |
| CNB | 22414399 | Withdrawal | 03/04/14 | Judy Grobelny | | $ (2,344.00) | $ (1,128,787.50) |
| CNB | 22414399 | Withdrawal | 03/12/14 | Stan Grobelny or Judy Grobelny | | $ (14,608.50) | $ (1,143,396.00) |
| CNB | 22414399 | Withdrawal | 04/04/14 | Judy Grobelny | | $ (2,293.50) | $ (1,145,689.50) |
| CNB | 22414399 | Withdrawal | 04/14/14 | Stan Grobelny or Judy Grobelny | | $ (14,301.00) | $ (1,159,990.50) |
| CNB | 22414399 | Withdrawal | 05/06/14 | Judy Grobelny | | $ (2,378.00) | $ (1,162,368.50) |
| CNB | 22414399 | Withdrawal | 05/16/14 | Stan Grobelny or Judy Grobelny | | $ (14,629.50) | $ (1,176,998.00) |
| CNB | 22414399 | Withdrawal | 06/03/14 | Judy Grobelny | | $ (2,405.00) | $ (1,179,403.00) |
| CNB | 22414399 | Withdrawal | 06/11/14 | Stan Grobelny or Judy Grobelny | | $ (14,918.00) | $ (1,194,321.00) |
| CNB | 22414399 | Withdrawal | 07/03/14 | Judy Grobelny | | $ (2,430.50) | $ (1,196,751.50) |
| CNB | 22414399 | Withdrawal | 07/10/14 | Stan Grobelny or Judy Grobelny | | $ (15,147.50) | $ (1,211,899.00) |
| GP | 10201582 | Withdrawal | 09/08/14 | Stan Grobelny or Judy Grobelny | | $ (25.00) | $ (1,211,924.00) |
| GP | 10201582 | Withdrawal | 09/08/14 | Judy Grobelny | | $ (2,424.50) | $ (1,214,348.50) |
| GP | 10201582 | Withdrawal | 09/15/14 | Stan Grobelny or Judy Grobelny | | $ (15,107.00) | $ (1,229,455.50) |
| | | | | | **Total** | **$ (1,229,455.50)** | |

EXHIBIT B
PAGE 22