ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
         thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, RECEIVER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>    Plaintiff,<br><br>    v.<br><br>STAN GROBELNY, an individual; ILENE GROBELNY, an individual; JUDY GROBELNY, an individual, and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | Case No. 2:16-CV-5029 DMG-PJW<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Dolly M. Gee<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION, WITH PREJUDICE** |

# JOINT STIPULATION

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(ii) and the terms of a Settlement Agreement entered into by Plaintiff William J. Hoffman ("Receiver"), the Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, and Defendant Judy Grobelny, the Receiver and Judy Grobelny hereby jointly stipulate to a dismissal of this action in its entirety, with prejudice.[1] The parties further stipulate and agree that each party is to bear their own attorneys' fees and costs.

Dated: November 28, 2016        ALLEN MATKINS LECK GAMBLE
                                   MALLORY & NATSIS LLP
                                DAVID R. ZARO
                                TIM C. HSU
                                EDWARD G. FATES

                                By:    /s/ Tim C. Hsu
                                    TIM C. HSU
                                    Attorneys for WILLIAM J.
                                    HOFFMAN, Receiver

Dated: November 28, 2016        MORRIS POLICH & PURDY LLP

                                By:    /s/ Holiday D. Powell
                                    Holiday D. Powell
                                    Attorneys for Defendant JUDY
                                    GROBELNY

In accordance with Local Rule 5-4.3.4, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

---

[1] All other defendants Stan and Ilene Grobelny were previously dismissed from the action on August 30, 2016 (Docket No. 10).